**Corry D. SEARLES, Plaintiff-Appellant,**

v.

**LIBERTY INS. CORP.; Greg Evans, Defendants-Appellees.**

No. 17-1400

United States Court of Appeals, Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Corry D. Searles, Appellant Pro Se.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corry D. Searles appeals the district court's order dismissing his civil action as barred by the statute of limitations. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Searles' informal brief does not challenge the basis for the district court's disposition, Searles has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*